

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA**

v.                                                                              Criminal No. **3:90CR113**

**CARLTON BROWN,**

    Petitioner.

## MEMORANDUM ORDER
### (Directing Transmission of 28 U.S.C. § 2255 Motion)

Petitioner, a federal prisoner proceeding *pro se*, submits this motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255). The Clerk is DIRECTED TO ELECTRONICALLY TRANSMIT a copy of the motion (ECF No. 28), the supporting memoranda (ECF No. 29, 30), and this Memorandum Order to the United States Attorney who shall file a complete, fully briefed response to that motion within sixty (60) days of service.[1] Any reply by Petitioner shall be filed thirty (30) days thereafter.

In accordance with *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), Petitioner is advised that he is entitled to file a reply opposing the response of the United States that includes counter-affidavits, statements, exhibits, or other legal or factual material that supports his position in the case.[2] In addition to such material, Petitioner is entitled to file a legal brief in opposition to the one filed by the United States.

---

[1] If, in its response, the United States contends that the events of any in-court proceedings bear on the merits of Petitioner's claims, the response shall cite to the relevant page of the transcript of that proceeding. If the proceeding has not been transcribed, the United States shall contact the appropriate court reporter to transcribe the proceeding. *See* Rules Governing § 2255 Proceedings for the U.S. District Courts, Rule 5.

[2] An affidavit is a sworn statement of facts made on personal knowledge, and affidavits may be submitted by Petitioner or any other witnesses. There are two alternative ways to submit an affidavit to the Court, one of which must be followed. One way is for the person making the

Petitioner is further advised that if he does not reply to the response of the United States and send a complete copy of his reply to counsel for the United States, the Court will decide the motion on the papers already filed by Petitioner and counsel for the United States.  A decision favoring the United States would result in the denial of Petitioner's motion.

The Clerk is DIRECTED to send a copy of this Memorandum Order to Petitioner and counsel for the United States.

It is so ORDERED.

                                                                                         /s/

Date:  July 25, 2016                          Roderick C. Young
Richmond, Virginia                      United States Magistrate Judge

---

affidavit to sign the affidavit and swear to the truth of its contents before a notary public.  The other way, which does not require a notary public, is for the person making the affidavit to sign the affidavit and certify that he or she signs under penalty of perjury and understands that he or she may be prosecuted if the facts he or she sets forth are untrue.