# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division



UNITED STATES OF AMERICA

v.                                              Criminal Action No. **3:90CR113**

**CARLTON BROWN,**

        Petitioner.

## <u>MEMORANDUM OPINION</u>

By Memorandum Opinion and Order entered on August 2, 2019, the Court denied a 28 U.S.C. § 2255 motion filed by Petitioner. (ECF Nos. 48, 49.) On January 17, 2020, the Court received another 28 U.S.C. § 2255 motion from Petitioner ("§ 2255 Motion," ECF No. 60).

The Antiterrorism and Effective Death Penalty Act of 1996 restricted the jurisdiction of the district courts to hear second or successive applications for federal habeas corpus relief by prisoners attacking the validity of their convictions and sentences by establishing a "gatekeeping mechanism." *Felker v. Turpin*, 518 U.S. 651, 657 (1996) (internal quotation marks omitted). Specifically, "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). The Court has not received authorization from the United States Court of Appeals for the Fourth Circuit to entertain Petitioner's § 2255 Motion. Accordingly, the § 2255 Motion (ECF No. 60)

will be DISMISSED WITHOUT PREJUDICE FOR WANT OF JURISDICTION. A certificate

of appealability will be DENIED.

An appropriate Final Order will accompany this Memorandum Opinion.


_____
M. Hannah Lauck
United States District Judge

Date: **March 09, 2020**
Richmond, Virginia